# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HENRY FRANCIS SCHULTZ,

                     Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                     Defendant.

Case No. 17-CV-79-JPS

**ORDER**

       Henry Francis Schultz filed a complaint in this matter and a motion for leave to proceed without prepayment of the filing fee. (Docket #1 and #3). The Court may grant the plaintiff's motion to proceed without prepayment of the filing fee if it determines that: (1) the plaintiff is truly indigent and unable to pay the costs of commencing this action; and (2) the plaintiff's action is neither frivolous nor malicious. 28 U.S.C. §§ 1915(a), (e)(2).

       As to the first requirement, the privilege to proceed without payment of costs and fees "is reserved to the many truly impoverished litigants who…would remain without legal remedy if such privilege were not afforded to them." *Brewster v. North Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972). The plaintiff does not satisfy that definition in this case.

       In his motion for leave to proceed *in forma pauperis*, the plaintiff made statements about his income and expenses under oath. (Docket #3). The motion indicates that the plaintiff has *no income or expenses* of any kind. *Id.* This scenario is nigh unbelievable and the plaintiff offers no other explanation in the "other circumstances" section of the form motion. *Id.* at 4. Given the lack of specificity in the motion, the Court cannot fairly conclude that the

plaintiff is indigent for the purpose of 28 U.S.C. §§ 1915(a), (e)(2). While the Court acknowledges that it may be difficult for the plaintiff to pay the filing fee, it is not clear that the plaintiff would be unable "to provide [him]self…with the necessities of life," if required to pay the filing fee, and so the Court cannot find him indigent. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Because the Court finds that the plaintiff is able to pay the filing fee, and so is not indigent, the Court will deny his motion for leave to proceed *in forma pauperis* and require him to pay that fee within 14 days. If he fails to pay that fee, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Docket #3) be and the same is hereby **DENIED**; the plaintiff shall pay the full $400.00 filing fee in this action **within fourteen (14) days** of the entry of this order; failure to do so will result in the dismissal of this action without prejudice and without further notice.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge